UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| N.T.C., *et al.*,<br><br>                    Plaintiffs,<br><br>- against -<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; *et al.*,<br><br>                    Defendants. | ECF CASE<br><br>No. 18 Civ. 6428 (JMF)<br><br>NOTICE OF APPEARANCE |

TO:   Clerk of Court
      United States District Court
      Southern District of New York

   The undersigned attorney respectfully requests the Clerk to note his appearance in this case as counsel for Defendants.

Date:   New York, New York
        July 17, 2018

                                        Respectfully submitted,

                                        GEOFFREY S. BERMAN
                                        United States Attorney for the
                                        Southern District of New York

                                By:           /s/
                                        BRANDON M. WATERMAN
                                        Assistant United States Attorney
                                        86 Chambers Street, 3rd Floor
                                        New York, New York 10007
                                        Telephone: (212) 637-2741
                                        Facsimile:  (212) 637-2786
                                        Email: brandon.waterman@usdoj.gov